IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Pine Island Property Holdings, LLC and Pine Island GC, LLC, | ) | C/A No.: 9:26-cv-01617-RMG |
| Plaintiffs, | ) | |
| v. | ) | |
| Beaufort County, South Carolina, | ) | |
| Defendant. | ) | |

TO: Ellis R. Lesemann and Michelle A. Stewart, Attorneys for Plaintiff

**DEFENDANT'S RESPONSES TO**
**LOCAL 26.01 INTERROGATORIES**

(A) State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**ANSWER: None known.**

(B) As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER: A Jury trial is requested on all claims except the claims for Declaratory Judgment and Injunctive Relief contained in the eighth and ninth causes of action.**

(C) State whether the party submitting these responses is a publicly-owned company and separately identify:

(1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock;
(2) each publicly owned company of which it is a parent; and
(3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER:** **No. The Defendant is a governmental agency of the State of South Carolina.**

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civil Rule 3.01 (D.S.C.).

**ANSWER:** **The actions alleged in the Complaint arise from events occurring following allegations of equal protection and due process violations surrounding zoning regulations in Beaufort County by the County of Beaufort as a governmental entity. The United States District Court, for the District of South Carolina, Beaufort Division, is appropriate for the federal claims raised.**

(E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide:

(1) a short caption and the full case number of the related action;
(2) an explanation of how the matters are related; and
(3) a statement of the status of the related action. Counsel should disclose any cases that may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:** **Yes. The related action formerly pending in the United States District Court for this District is the case styled, *Pine Island Property Holdings, LLC and Pine Island GC, LLC v. Beaufort County, South Carolina*, C/A No.: 9:23-cv-03962-RMG, recently dismissed for mootness on February 20, 2026, that has been appealed by Plaintiffs to the United States Court of Appeals for the Fourth Circuit in Appeal No. 26-1477.**

(F) [**Defendants Only**] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:** **Beaufort County, South Carolina is the governmental entity as identified.**

(G) [**Defendants Only**] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:** **Defendant contends Plaintiff Pine Island Property Holdings, LLC and Pine Island GC, LLC, their employees, consultants, and/or legal counsel on the real estate purchase and any third party individual with whom they entered any alleged agreements that purported to promise that zoning regulations prohibiting resorts and/or golf courses in place upon the property they elected to purchase in February 2023 would be lifted to allow their desired development scheme by text amendment or zoning map amendment to the Cultural Protection Overlay, are responsible for any personal or economic damages incurring as a result thereof. Defendant Beaufort County, South Carolina acted appropriately.**

Respectfully submitted.

**SCOTT LAW, LLC**

By: s/Christy L. Scott_________________
Christy L. Scott, Federal ID No. 6215
Post Office Box 1515, 108 Carn Street
Walterboro, SC 29488
(843) 782-4359
E-mail: cscott@lawofficeofchristyscott.com

ATTORNEY FOR DEFENDANT
Beaufort County, South Carolina

**GARFIELD SPREEUWERS LAW GROUP**

By: *s/ Danny C. Crowe*_
Danny C. Crowe (Fed. #367)
Steve R. Spreeuwers (Fed. #11766)
Rachel M. Hutchens (Fed. #12696)
1220 Pickens Street
Columbia, South Carolina 29201
T: (803) 830-5496
E-mail: danny@gslawsc.com
E-mail: steve@gslawsc.com
E-mail: rachel@gslawsc.com

**ATTORNEYS FOR DEFENDANT**
Beaufort County, South Carolina

May 11, 2026